FILED
2019 Jul-30 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

PHILLIP C. STEARMAN et. al,

V.

VESPER TUSCALOOSA, LLC; et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**7:19-cv-01202-LSC**

TO: (Name and address of Defendant)

Equifax Information Services, LLC
C/O Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
UNDERWOOD & RIEMER, PC
21 S. Section Street, Fairhope, AL 36533

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _(signature)_

(By) DEPUTY CLERK _(signature)_

DATE  7/30/19

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

PHILLIP C. STEARMAN et. al,

V.

VESPER TUSCALOOSA, LLC; et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**7:19-cv-01202-LSC**

TO: (Name and address of Defendant)

ProCollect, Inc.
C/O Registered Agent John W. Bowdich
10440 N. Central Expressway, Suite 1540
Dallas, Texas 75231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
UNDERWOOD & RIEMER, PC
21 S. Section Street, Fairhope, AL 36533

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sharon Harris
CLERK

(By) DEPUTY CLERK

7/30/19
DATE

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ ALABAMA

PHILLIP C. STEARMAN et. al,

V.

VESPER TUSCALOOSA, LLC; et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**7:19-cv-01202-LSC**

TO: (Name and address of Defendant)

Trans Union, LLC
C/O Prentice-Davis Corporation System, Inc
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
UNDERWOOD & RIEMER, PC
21 S. Section Street, Fairhope, AL 36533

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Sharon Harris_
CLERK

_[signature]_
(By) DEPUTY CLERK

7/30/19
DATE

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of ALABAMA

PHILLIP C. STEARMAN et. al,

V.

VESPER TUSCALOOSA, LLC; et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**7:19-cv-01202-LSC**

TO: (Name and address of Defendant)

Vesper Tuscaloosa, LLC
C/O Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Earl P. Underwood, Jr.
UNDERWOOD & RIEMER, PC
21 S. Section Street, Fairhope, AL 36533

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 7/30/19

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203