FILED

2019 Aug-22  PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP C. STEARMAN and<br>TRISTAN STEARMAN, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | CASE NO. 7:19-CV-01202-LSC |
| | } | |
| VESPER TUSCALOOSA, LLC;<br>PROCOLLECT, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AND TRANS UNION, LLC, | } | |
| | } | |
| Defendants. | } | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR VESPER TUSCALOOSA, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT

COMES NOW the Defendant, Vesper Tuscaloosa, LLC ("Vesper"), and pursuant to Fed.R.Civ.P. 6(b) and without waiving any defenses described by or referred to in Fed.R.Civ.P. 12, moves this Honorable Court to extend the time Vesper has to respond to the Plaintiffs' Complaint to September 16, 2019. As grounds for this motion, Vesper states as follows:

1. Upon information and belief, Vesper's agent was served with the Summons and Complaint on or after August 1, 2019. The return of service has not yet been received and/or filed.

2. Vesper's time in which to plead in response to the Plaintiffs' complaint has not yet expired.

3. Counsel for Vesper and counsel for Plaintiffs have conferred and discussed this case, the history of the dispute, and options for early resolution.

4. Counsel for Vesper has informed Plaintiffs' counsel that additional time is needed for Vesper's counsel to receive and review Vesper's file, review the transactions and communications at issue in the litigation, and prepare a meaningful response to the complaint.

5. Plaintiffs' counsel has no objection to Vesper being granted an extension of time in which to respond to Plaintiffs' complaint.

6. The requested extension is not being requested for undue delay or for an improper purpose, will not prejudice the rights of any party to this litigation, and will not adversely affect the timely and orderly administration of this case.

WHEREFORE, Vesper Tuscaloosa, LLC respectfully requests this Honorable Court to extend the time by which Vesper has to respond to the Plaintiffs' Complaint until Monday, September 16, 2019.

Respectfully submitted this the 22nd day of August, 2019.

/s/ Clay A. Tindal
State Bar Number: ASB-6530-L74T
Attorney for Defendant, Vesper Tuscaloosa, LLC
Tindal Law, LLC
2200 University Blvd.
Tuscaloosa, Alabama 35401
Telephone: (205) 208-9876
Facsimile: (205) 238-6799
E-mail: clay@tindalfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, or I mailed the foregoing to the following by United States Postal Service:

Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section St.
Fairhope, Alabama 36532
Telephone: (251) 990-5558
Facsimile: (251) 990-0626
Email: epunderwood@alalaw.com

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 300
1130 22nd St. South
Birmingham, Alabama 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

Procollect, Inc.
c/o John W. Bowdich
10440 N. Central Expressway, Ste. 1540
Dallas, Texas 75231

Equifax Information Services, LLC
c/o Corporation Service Company, Inc.
641 South Lawrence St.
Montgomery, Alabama 36104

/s/ Clay A. Tindal
State Bar Number: ASB-6530-L74T
Attorney for Defendant, Vesper Tuscaloosa, LLC
Tindal Law, LLC
2200 University Blvd.
Tuscaloosa, Alabama 35401
Telephone: (205) 208-9876
Facsimile: (205) 238-6799
E-mail: clay@tindalfirm.com