# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP C. STEARMAN AND TRISTAN STEARMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 7:19-cv-01202-LSC |
| VESPER TUSCALOOSA, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before this Court is Plaintiffs' Motion to Dismiss.  (Doc. 26.)  For the reasons stated at the telephone conference held on November 12, 2019, Plaintiffs' motion is **DENIED** with leave to refile the grounds for dismissal at the summary judgment stage.

**DONE** and **ORDERED** on November 12, 2019.



L. Scott Coogler
United States District Judge

199335