FILED
2020 Feb-03  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PHILLIP C. STEARMAN AND TRISTAN STEARMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>VESPER TUSCALOOSA, LLC, PROCOLLECT, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>    Defendants. | Case No. 7:19-cv-1202-LSC |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE COOGLER:

Plaintiffs Phillip C. Stearman and Tristan Stearman, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Phillip C. Stearman and Tristan Stearman and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Respectfully submitted,

/s/ Earl P. Underwood, Jr.
Earl P Underwood, Jr
epunderwood@gmail.com
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 Telephone
(251) 990-0626 Facsimile
***Counsel for Plaintiff***


Respectfully submitted,


/s/ Matthew Robinett (With Permission)
Matthew Robinett
mrobinett@nwkt.com
Norman Wood Kendrick & Turner
1130 22nd Street South, Suite 3000
Birmingham, AL 35205
(205) 328-6643
(205) 251-5479 Fax
***Counsel for Trans Union LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Earl P Underwood, Jr<br>epunderwood@gmail.com<br>Underwood & Riemer, PC<br>21 S Section Street<br>Fairhope, AL 36532<br>(251) 990-5558<br>(251) 990-0626 Fax<br>***Counsel for Plaintiff*** | Clay A Tindal<br>clay@tindalfirm.com<br>Tindal Law LLC<br>2200 University Blvd<br>Tuscaloosa, AL 35401<br>(205) 208-9876<br>(205) 238-6799 Fax<br>and<br>Troy T. Tindal<br>troy@tindallaw.net<br>Law Office of Troy Tindal<br>460 S. Forest Avenue<br>Luverne, AL 36049<br>(334) 429-4025<br>***Counsel for Vesper Tuscaloosa, LLC*** |
| Jason L Yearout<br>jyearout@yearout.net<br>Yearout & Traylor P.C<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223<br>(205) 414-8160<br>(205) 414-8199 Fax<br>***Counsel for ProCollect, Inc.*** | Kirkland E Reid<br>kreid@joneswalker.com<br>Jones Walker LLP<br>11 N. Water Street, Suite 1200<br>Mobile, AL 36602<br>(251) 432-1414<br>(251) 439-7358 Fax<br>***Counsel for Equifax Information Services, LLC*** |

/s/ Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**