FILED
2020 Feb-10 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PHILLIP C. STEARMAN and<br>TRISTAN STEARMAN,<br><br>　　Plaintiffs,<br><br>v.<br><br>VESPER TUSCALOOSA, LLC;<br>PROCOLLECT, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>AND TRANS UNION, LLC,<br><br>　　Defendants. | CASE NO. 7:19-CV-01202-LSC |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE OF VESPER TUSCALOOSA, LLC

COME NOW the Plaintiffs and the Defendant, Vesper Tuscaloosa, LLC ("Vesper"), and hereby stipulate to the dismissal of all claims and causes of action asserted by the Plaintiffs against Vesper, as well as those asserted by Vesper against the Plaintiffs, with prejudice, with costs taxed as paid.

/s/ Clay A. Tindal
State Bar Number: ASB-6530-L74T
Attorney for Defendant, Vesper Tuscaloosa, LLC
Tindal Law, LLC
2200 University Blvd.
Tuscaloosa, Alabama 35401
Telephone: (205) 208-9876
Facsimile: (205) 238-6799
E-mail: clay@tindalfirm.com

/s/ Earl P. Underwood, Jr. (by express permission)
Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section St.
Fairhope, Alabama 36532
Telephone: (251) 990-5558
Facsimile: (251) 990-0626
Email: epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, or I mailed the foregoing to the following by United States Postal Service:

Troy T. Tindal
Law Office of Troy Tindal
460 South Forest Ave.
Luverne, Alabama 36049
Telephone: (334) 429-4025
Facsimile: (205) 238-6799
Email: troy@tindallaw.net

K. Amanda Barton
Barton Law, LLC
311 Magnolia Ave., Ste. 107
Fairhope, Alabama 36532
Telephone (251) 300-2503
Facsimile: (251) 928-3943
Email: kab@bartonlawpractice.com

Jason L. Yearout
Yearout & Traylor, P.C.
3300 Cahaba Rd., Ste. 300
Birmingham, Alabama 35223
Telephone: (205) 414-8160
Facsimile: (205) 414-8199
Email: jyearout@yearout.net


Kirkland E. Reid
Jones Walker, LLP
11 N. Water St., Ste. 1200
Mobile, Alabama 36602
Telephone: (251) 432-1414
Facsimile: (251) 439-7358
Email: kreid@joneswalker.com


/s/ Clay A. Tindal
State Bar Number: ASB-6530-L74T
Attorney for Defendant, Vesper Tuscaloosa, LLC
Tindal Law, LLC
2200 University Blvd.
Tuscaloosa, Alabama 35401
Telephone: (205) 208-9876
Facsimile: (205) 238-6799
E-mail: clay@tindalfirm.com